# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGE OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT

: No. 374 Common Pleas Judicial
: Classification Docket
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2022, upon consideration of the Petition of the Honorable Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the permanent assignment of the Honorable Andrew J. Szefi to the Civil Division of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.